1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6
   Attorney for Defendant
7  MARIA MOSQUEDA-GONZALEZ

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,              )  No. 2:08-cr-00446-MCE
14                                         )
              Plaintiff,                   )
15                                         )  STIPULATION AND ORDER CONTINUING CASE
        v.                                 )  AND EXCLUDING TIME
16  MARIA MOSQUEDA-GONZALEZ,               )
                                           )
17            Defendant.                   )  Date:  December 4, 2008
                                           )  Time:  9:00 a.m.
18  _____    )  Judge: Hon. Morrison C. England, Jr.
                                           )
19

20

21     **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel S.

22  McConkie, Jr., counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for

23  Defendant that the above case be dropped from this court's December 4, 2008, calendar, that it be

24  continued until January 8, 2009, at 9:00 a.m., and that time be excluded between December 18, 2008, and

25  January 8, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

26     This continuance is sought in order to permit further defense preparation and consideration of a

27  non-trial disposition when a pre-plea presentence report and plea offer are received.

28  ///

**IT IS SO STIPULATED.**

Dated:  December 3, 2008                      /S/ Daniel S. McKonkie, Jr.
                                              DANIEL S. McKONKIE, JR.
                                              Assistant United States Attorney
                                              Counsel for Plaintiff


Dated:  December 3, 2008                      /S/ Jeffrey L. Staniels
                                              JEFFREY L. STANIELS
                                              Assistant Federal Defender
                                              Counsel for Defendant
                                              MARIA MOSQUEDA-GONZALEZ

**O R D E R**

**IT IS SO ORDERED.**


Dated:  December 5, 2008

                                              _____
                                              MORRISON C. ENGLAND, JR.
                                              UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time          2