```
 1  DANIEL J. BRODERICK Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MARIA MOSQUEDA-GONZALES

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   No. 2:08-cr-00446 MCE
                                   )
12            Plaintiff,           )
                                   )   STIPULATION AND ORDER
13       v.                        )   CONTINUING CASE AND EXCLUDING
                                   )   TIME
14  MARIA MOSQUEDA-GONZALES,       )
                                   )   Date:    March 26, 2009
15            Defendant.           )   Time:    9:00 a.m.
                                   )   Judge:   Hon. Morrison C. England, Jr.
16  _____ )
```

17

18 **IT IS HEREBY STIPULATED** by and among Assistant United States Attorney

19 Michael D. Anderson, counsel for plaintiff United States of America, and Assistant Federal

20 Defender Jeffrey L. Staniels, counsel for defendant MARIA MOSQUEDA-GONZALES, that the

21 above matter be dropped from this court's calendar for March 26, 2009, at the request of the

22 defense and be continued until April 30, 2009, for status conference. This continuance is requested

23 in order to permit further consultation and further defense preparation.

24 **IT IS FURTHER STIPULATED** that the time from March 26, 2009, through

25 April 30, 2009, be excluded from computation of time within which the trial of this matter must be

26 commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. §

27 3161(h)(8)(A) & (B)(iv) and Local Code T-4

**IT IS SO STIPULATED.**

Date: March 25, 2009					Lawrence G. Brown
							Acting United States Attorney


							/S/ Michael D. Anderson
							By:   MICHAEL D. ANDERSON
							Assistant United States Attorney
							Counsel for Plaintiff


Date: March 25, 2009					/S/ Jeffrey L. Staniels
							JEFFREY L. STANIELS
							Assistant Federal Defender
							Attorney for Defendant
							MARIA MOSQUEDA-GONZALES

# O R D E R

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for March 26, 2009, and is ordered to be re-calendared for April 30, 2009, at 9:00 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from March 26, 2009, through April 30, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

Dated:  March 25, 2009

							_____
							MORRISON C. ENGLAND, JR.
							UNITED STATES DISTRICT JUDGE