1  DANIEL J. BRODERICK Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MARIA MOSQUEDA-GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-cr-00446 MCE |
|---|---|
| Plaintiff, | ) No. 2:05-cr-00514 MCE ) |
| v. | ) STIPULATION AND ORDER ) CONTINUING CASE AND EXCLUDING |
| MARIA MOSQUEDA-GONZALES, | ) TIME ) |
| Defendant. | ) Date: April 30, 2009 ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Daniel McConkie acting for Assistant United States Attorney Michael D. Anderson, counsel for plaintiff United States of America, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant MARIA MOSQUEDA-GONZALES, that the above matter be dropped from this court's calendar for April 30, 2009, at the request of the defense and be continued until May 21, 2009, for status conference. This continuance is requested in order to permit further consultation and further defense preparation.

**IT IS FURTHER STIPULATED** that the time from April 30, 2009, through May 21, 2009, be excluded from computation of time within which the trial of this matter must be

commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T-4

**IT IS SO STIPULATED.**

Date: April 28, 2009  Lawrence G. Brown
  Acting United States Attorney

  /S/ Daniel McConkie for MDA
  By: MICHAEL D. ANDERSON
  Assistant United States Attorney
  Counsel for Plaintiff

Date: April 28, 2009  /S/ Jeffrey L. Staniels
  JEFFREY L. STANIELS
  Assistant Federal Defender
  Attorney for Defendant
  MARIA MOSQUEDA-GONZALES

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for April 30, 2009, and is ordered to be re-calendared for May 21, 2009, at 9:00 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from April 30, 2009, through May 21, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

Dated: April 29, 2009

  _____
  MORRISON C. ENGLAND, JR.
  UNITED STATES DISTRICT JUDGE