DANIEL J. BRODERICK Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIA MOSQUEDA-GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00446 MCE |
| | ) | No. 2:05-cr-00514 MCE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | CONTINUING CASE AND EXCLUDING |
| MARIA MOSQUEDA-GONZALES, | ) | TIME |
| | ) | |
| Defendant. | ) | Date:    August 13, 2009 |
| | ) | Time:    9:00 a.m. |
| _____ | ) | Judge:   Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Michael D. Anderson, counsel for plaintiff United States of America, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant MARIA MOSQUEDA-GONZALES, that the above matters be vacated from this court's calendar for July 16, 2009, at the request of the defense and be continued until August 13, 2009, for status conference. This continuance is requested in order to permit further consultation and further defense preparation.

**IT IS FURTHER STIPULATED** that the time from July 16, 2009, through August 13, 2009, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. §

3161(h)(7)(A) & (B)(iv) and  Local Code T-4

    **IT IS SO STIPULATED.**

Date: July 15, 2009        Lawrence G. Brown
                Acting United States Attorney

                /S/ Michael D. Anderson
                By:   MICHAEL D. ANDERSON
                Assistant United States Attorney
                Counsel for Plaintiff

Date: July 15,  2009        /S/ Jeffrey L. Staniels
                JEFFREY L. STANIELS
                Assistant Federal Defender
                Attorney for Defendant
                MARIA MOSQUEDA-GONZALES

            **O R D E R**

  Based on the above stipulation of the parties, this matter is ordered to be vacated from the calendar for July 16, 2009, and is ordered to be re-calendared for August 13, 2009, at 9:00 a.m.

  Time is excluded from computation of time within which the trial of this matter must be commenced from July 16, 2009, through August 13, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4.

    **IT IS SO ORDERED.**

                By the Court,

Dated:   July 15, 2009

                _____
                MORRISON C. ENGLAND, JR.
                UNITED STATES DISTRICT JUDGE