```
 1  DANIEL J. BRODERICK Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    MARIA MOSQUEDA-GONZALES
 7
```

                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>              Plaintiff,    )<br>                              )<br>     v.                       )<br>                              )<br> MARIA MOSQUEDA-GONZALES,     )<br>                              )<br>              Defendant.     )<br> _____) | No. 2:08-cr-00446 MCE<br>No. 2:05-cr-00514 MCE<br><br>STIPULATION AND ORDER CONTINUING<br>CASES<br><br>Date:  January 7, 2010<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Michael D. Anderson, counsel for plaintiff United States of America, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant MARIA MOSQUEDA-GONZALES, that the above matters be vacated from this court's calendar for January 7, 2010, at the request of the defense and be continued until February 25, 2010, for judgment and sentence. This continuance is requested in light of defense counsel's recent unavailability and in order to permit completion of consultation and preparation for sentencing.

///

Since the matter is scheduled for sentencing, this continuance does not implicate provisions of the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.*

**IT IS SO STIPULATED**.

| | |
|---|---|
| Date: January 5, 2010 | Benjamin B. Wagner<br>United States Attorney |
| | /S/ Michael D. Anderson<br>By:   MICHAEL D. ANDERSON<br>Assistant United States Attorney<br>Counsel for Plaintiff |
| Date: January 5, 2010 | /S/ Jeffrey L. Staniels<br>JEFFREY L. STANIELS<br>Assistant Federal Defender<br>Attorney for Defendant<br>MARIA MOSQUEDA-GONZALES |

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for January 7, 2010, and is ordered to be re-calendared for February 25, 2010, at 9:00 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from August 13, 2009, through September 24 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

Dated: January 6, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3