# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                    Plaintiff,<br><br>v.<br><br>**MARIA MOSQUEDA-GONZALEZ,**<br><br>                    Defendant. | CR NOs:  2:14-CR-00181-JAM<br>              2:08-CR-00446-MCE |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum   ☐ Ad Testificandum

Name of Detainee: MARIA MOSQUEDA-GONZALEZ

Detained at: SACRAMENTO COUNTY JAIL     **X** TSR Violation

Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: Deported Alien Found in the United States

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges

*Appearance is necessary on August 26, 2014 in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Nirav Desai |
| Printed Name & Phone No: | AUSA NIRAV DESAI   916-554-2716 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, August 26, 2014, at 2:00 p.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: August 20, 2014

Honorable Edmund F. Brennan
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Maria Mosqueda, Maria Miguel, Maria Savala | ☐ Male | ☒ Female |
| Booking or CDC #: | X1122472 | DOB: | 2/6/69 |
| Facility Address: | 651 I Street, Sacramento, CA 95814 | Race: | |
| Facility Phone: | 916-874-6752 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____    _____
                                                                 (signature)