HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case Nos. 14-181 MCE, 08-446 MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO MARCH 19, 2015, AT 9:00 A.M. |
| v. | ) | |
| MARIA MOSQUESDA-GONZALEZ, | ) | Date: February 12, 2015 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Morrison C. England, Jr. |

The parties stipulate, through respective counsel, that the Court should reschedule the status conference set for February 12, 2015, at 9:00 a.m., to March 19, 2015, at 9:00 a.m.

Counsel for Ms. Mosqueda requires time to confer with her about immigration issues related to Case No. 14-181, and a proposed settlement that would resolve both matters presently before the Court.

Counsel and the defendant agree that the Court should exclude the time from the date of this order through March 19, 2015, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

///

///

///

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: February 10, 2015             HEATHER E. WILLIAMS
                                      Federal Defender

                                      /s/ M.Petrik_____
                                      MICHAEL PETRIK, Jr.
                                      Assistant Federal Defender

DATED: February 10, 2015             BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ M.Petrik for_____
                                      NIRAV DESAI
                                      Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. The status conference is rescheduled for March 19, 2015, at 9:00 a.m., and the time from the date of the parties' stipulation, up to and including March 19, 2015, is excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

IT IS SO ORDERED.

Dated:  February 11, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT