HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARIA MOSQUEDA-GONZALEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case Nos. 14-cr-181 MCE, 08-cr-446 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORER TO CONTINUE STATUS CONFERENCE TO MARCH 26, 2015, AT 9:00 A.M. |
| v. | ) ) | |
| MARIA MOSQUEDA-GONZALEZ, | ) ) | Date:   March 19, 2015 Time:   9:00 a.m. |
| Defendant. | ) ) ) | Judge:  Hon. Morrison C. England, Jr. |

The parties stipulate, through respective counsel, that the Court should reschedule the status conference set for March 19, 2015, at 9:00 a.m., to March 26, 2015, at 9:00 a.m.

Counsel for Ms. Mosqueda-Gonzalez requires time to confer with her about immigration issues related to Case No. 14-cr-181, and a proposed settlement that would resolve both matters presently before the Court.

Counsel and the defendant agree that the Court should exclude the time from the date of this order through March 26, 2015, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

/ / /

/ / /

/ / /

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: March 6, 2015                    HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ M.Petrik
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender

DATED: March 6, 2015                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M.Petrik for
                                        NIRAV DESAI
                                        Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. The Court orders the status conference rescheduled for March 26, 2015, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including March 26, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

IT IS SO ORDERED.

Dated: March 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT